No. 81–5574. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 81–5579. COUCH *v.* BLACK, SUPERINTENDENT, KENTUCKY STATE REFORMATORY. C. A. 6th Cir. Certiorari denied.

No. 81–5582. STEVENS *v.* ALLSBROOK, SUPERINTENDENT, ODOM CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 81–5583. MEGGETT *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF OFFENDER REHABILITATION. C. A. 5th Cir. Certiorari denied.

No. 81–5586. DAVIS *v.* COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. D. C. Cir. Certiorari denied.

No. 81–5603. COLEMAN *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 81–5622. HINTON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–5627. WILLIAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–5630. BEACH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–5637. WILKERSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–5639. REICHARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5643. PITTS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–5644. HAWKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.